# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RYHEIM HARVEY

NO. 2023 KW 0470

**MAY 17, 2023**

---

In Re:    Ryheim Harvey, applying for supervisory writs, 23rd
          Judicial District Court, Parish of Ascension, No.
          46636.

---

**BEFORE:   GUIDRY, C.J., WOLFE AND MILLER, JJ.**

**WRIT DENIED.**

**JMG**
**EW**
**SMM**

COURT OF APPEAL, FIRST CIRCUIT

_____
      DEPUTY CLERK OF COURT
          FOR THE COURT